```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 04782
    JOYCE L BROCKS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-1558


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/28/2006 and was confirmed 06/19/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 09/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED         828.70          .00            .00
ASPIRE                     UNSECURED         595.80          .00            .00
BALFOUR                    UNSECURED       NOT FILED         .00            .00
CBCS                       UNSECURED       NOT FILED         .00            .00
CBCS                       UNSECURED       NOT FILED         .00            .00
DEBT RECOVERY SOLUTION     UNSECURED         356.91          .00            .00
COMCAST                    UNSECURED         198.90          .00            .00
CHICAGO FINANCE            UNSECURED       NOT FILED         .00            .00
HOUSEHOLD AUTO FINANCE     UNSECURED       NOT FILED         .00            .00
IL DEPT OF EMPLOYMENT SE   UNSECURED        2750.96          .00            .00
LINEGARGER GOGGAN BLAIR    UNSECURED       NOT FILED         .00            .00
LINEGARGER GOGGAN BLAIR    UNSECURED       NOT FILED         .00            .00
MERCHANTS AND PROFESSINA   UNSECURED       NOT FILED         .00            .00
INOVISION                  UNSECURED       NOT FILED         .00            .00
UNITED STUDENT AID FUNDS   UNSECURED       10250.70          .00          31.92
UNITED STUDENT AID FUNDS   UNSECURED        8500.00          .00          26.47
UNITED STUDENT AID FUNDS   UNSECURED       14000.00          .00          43.60
UNITED STUDENT AID FUNDS   UNSECURED       14356.45          .00          44.72
US DEPT OF EDUCATION       UNSECURED        4944.08          .00          15.40
SALLIE MAE LSCF            UNSECURED       NOT FILED         .00            .00
SALLIE MAE LSCF            UNSECURED       NOT FILED         .00            .00
SALLIE MAE LSCF            UNSECURED       NOT FILED         .00            .00
SALLIE MAE LSCF            UNSECURED       NOT FILED         .00            .00
SALLIE MAE LSCF            UNSECURED       NOT FILED         .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED         .00            .00
ILLINOIS SECRETARY OF ST   UNSECURED       NOT FILED         .00            .00
SM SERVICING               UNSECURED       NOT FILED         .00            .00
SM SERVICING               UNSECURED       NOT FILED         .00            .00
SM SERVICING               UNSECURED       NOT FILED         .00            .00
SM SERVICING               UNSECURED       NOT FILED         .00            .00
SM SERVICING               UNSECURED       NOT FILED         .00            .00
SM SERVICING               UNSECURED       NOT FILED         .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 04782 JOYCE L BROCKS
```

```
SM SERVICING              UNSECURED      NOT FILED           .00              .00
SM SERVICING              UNSECURED      NOT FILED           .00              .00
SM SERVICING              UNSECURED      NOT FILED           .00              .00
SM SERVICING              UNSECURED      NOT FILED           .00              .00
SWISS COLONY              UNSECURED         344.12           .00              .00
US DEPT OF EDUCATION      UNSECURED      NOT FILED           .00              .00
WEST ASSET MANAGEMENT     UNSECURED      NOT FILED           .00              .00
WILBER AND ASSOCIATES PC  UNSECURED      NOT FILED           .00              .00
ROUNDUP FUNDING LLC       UNSECURED         552.44           .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,675.25                        2,675.25
TOM VAUGHN                TRUSTEE                                          193.58
DEBTOR REFUND             REFUND                                            19.06

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   3,050.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                             162.11
ADMINISTRATIVE                                      2,675.25
TRUSTEE COMPENSATION                                  193.58
DEBTOR REFUND                                          19.06
                          ---------------     ---------------
TOTALS                    3,050.00                  3,050.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 06 B 04782 JOYCE L BROCKS